AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>JOSE ALCANTARA-MENDEZ<br>a/k/a JOSE MENDEZ-ALCANTARA<br><br>*Defendant(s)* | )<br>)<br>)  Case No.  13-8325-WM<br>)<br>)<br>) |

FILED by _____ D.C.
JUL 1 2 2013
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ____July 7, 2013____ in the county of ____Palm Beach____ in the ____Southern____ District of ____Florida____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8, USC §1326(a) | Illegal re-entry after deportation |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Andy Korzen, Dep. Off., ICE
*Printed name and title*

Sworn to before me and signed in my presence.

Date: July 12, 2013

_____
Judge's signature

City and state:    West Palm Beach, FL      William Matthewman, U.S. Magistrate Judge
*Printed name and title*

## UNITED STATES v. JOSE ALCANTARA-MENDEZ
## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Andy Korzen, being duly sworn, depose and state as follows:

1. I am a Deportation Officer of the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE) and have been so employed for over ten years. I am currently assigned to the Enforcement and Removal Operations, Criminal Alien Program, Stuart, Florida. As a Deportation Officer with ICE, my duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2. This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Jose ALCANTARA-MENDEZ, also known as Jose MENDEZ-ALCANTARA committed the offense of illegal re-entry after deportation, in violation of Title 8, United States Code, Section 1326(a).

3. On or about July 7, 2013, Jose ALCANTARA-MENDEZ was arrested in Palm Beach County, Florida on charges of battery and failure to appear for arraignment on driving under influence and driving without valid license charges. He was booked and detained at the Palm Beach County Jail. Upon booking, his fingerprints were entered into the IAFIS system with a positive match for an individual previously removed from United States, that is Jose ALCANTARA-MENDEZ.

1

4. On or about July 10, 2013, your affiant received the immigration alien file assigned to Jose ALCANTARA-MENDEZ. Records show that Jose ALCANTARA-MENDEZ is a native and citizen of Mexico. Records further show that on or about April 18, 2012, Jose ALCANTARA-MENDEZ was ordered removed from the United States. The Order of Removal was executed on or about April 19, 2012, whereby Jose ALCANTARA-MENDEZ was removed from the United States to Mexico. Thereafter, Jose ALCANTARA-MENDEZ re-entered into the United States illegally and was removed on two additional separate occasions: on or about May 16, 2012; and on or about June 3, 2012.

5. Records further show that, on or about April 19, 2012, in the United States District Court for the Southern District of Texas, Jose ALCANTARA-MENDEZ was convicted of illegal entry in case number 12-PO-02018.

6. On or about April 26, 2012, in the United States District Court for the Southern District of Texas, Jose ALCANTARA-MENDEZ was convicted of illegal entry in case number 12-PO-02075.

7. Town of Palm Beach Fingerprint Expert Gregory A. Parkinson conducted fingerprint comparison in this case. The fingerprint comparison confirmed that the individual encountered on July 7, 2013, that is, Jose ALCANTARA-MENDEZ, was the same person previously removed from the United States on or about June 3, 2012.

8. Your affiant performed a record check in the Computer Linked Application Informational Management System (CLAIMS) to determine if Jose ALCANTARA-MENDEZ filed an application for permission to reapply for

admission into the United States after deportation or removal. After a diligent search was performed in that database system, no record was found to exist indicating that Jose ALCANTARA-MENDEZ obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security, for re-admission into the United States as required by law. Certificate of Non-Existence of Record has been requested from Bureau of Citizenship and Immigration Services.

9. Based on the foregoing, your affiant avers that there exists probable cause to believe that, on or about July 7, 2013, Jose ALCANTARA-MENDEZ, also known as Jose MENDEZ-ALCANTARA, an alien who has previously been deported and removed from the United States, was found in the United States without having received the express consent from the Attorney General or the Secretary of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Section 1326(a).

Andy Korzen
Deportation Officer
Immigration and Customs Enforcement

Subscribed and sworn to before me this 12th day of July, 2013.

WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. _____13-8325-WM_____

UNITED STATES OF AMERICA

vs.

JOSE ALCANTARA-MENDEZ
a/k/a JOSE MENDEZ-ALCANTARA

Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?  _____ Yes __X__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?  _____ Yes __X__ No

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

BY: _____
RINKU TRIBUIANI
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 0150990
500 S. Australian Avenue, Suite 400
West Palm Beach, FL 33401-6235
Tel: (561) 820-8711
Fax: (561) 820-8777
Rinku.Tribuiani@usdoj.gov